ECF

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

AUTODESK, INC., a Delaware corporation

**DEFENDANTS**

TANEY ENGINEERING, INC., a Nevada corporation; and TANEY CUNNINGHAM EQUIPMENT, LLC, a Nevada limited liability company

**(b)** County of Residence of First Listed Plaintiff  Marin
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Clark
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Donahue Gallagher Woods LLP, 300 Lakeside Drive, Suite 1900, Oakland, California  94612-3570, (510) 451-0544 (see attachment)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [X] 2  Federal Question (U.S. Government Not a Party)
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Med. Malpractice | [ ] 625 Drug Related Seizure | 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | Liability | [ ] 365 Personal Injury — | of Property 21 USC 881 | | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| & Enforcement of Judgment | Slander | [ ] 368 Asbestos Personal | [ ] 640 R.R. & Truck | [X] 820 Copyrights | [ ] 470 Racketeer Influenced and |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Injury Product | [ ] 650 Airline Regs. | [ ] 830 Patent | Corrupt Organizations |
| [ ] 152 Recovery of Defaulted | Liability | Liability | [ ] 660 Occupational | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| Student Loans | [ ] 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | [ ] 490 Cable/Sat TV |
| (Excl. Veterans) | [ ] 345 Marine Product | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment | Liability | [ ] 371 Truth in Lending | | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/ |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal | **LABOR** | [ ] 861 HIA (1395ff) | Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | Property Damage | [ ] 710 Fair Labor Standards | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge |
| [ ] 190 Other Contract | Product Liability | [ ] 385 Property Damage | Act | [ ] 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | | [ ] 892 Economic Stabilization Act |
| | | | [ ] 740 Railway Labor Act | | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Sentence | [ ] 791 Empl. Ret. Inc. | | [ ] 895 Freedom of Information |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ | **Habeas Corpus:** | Security Act | [ ] 870 Taxes (U.S. Plaintiff | Act |
| [ ] 240 Torts to Land | Accommodations | [ ] 530 General | | or Defendant) | [ ] 900Appeal of Fee |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 871 IRS—Third Party | Determination |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities – | [ ] 540 Mandamus & Other | **IMMIGRATION** | 26 USC 7609 | Under Equal Access |
| | Employment | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | to Justice |
| | [ ] 446 Amer. w/Disabilities – | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – | | [ ] 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | [ ] 440 Other Civil Rights | | [ ] 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  another district (specify)
- [ ] 6  Multidistrict Litigation
- [ ] 7  Appeal to District Judge from Magistrate Judgment

Transferred from

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. Section. 501 et seq.
Brief description of cause:
Plaintiff is bringing a copyright infringement claim against Defendants.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** SEE ATTACHED

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE  6/30/08

SIGNATURE OF ATTORNEY OF RECORD

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**    **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**    **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**        Example:        U.S. Civil Statute: <u>47 USC 553</u>
                                 Brief Description: <u>Unauthorized reception of cable service</u>

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.
**Date and Attorney Signature.** Date and sign the civil cover sheet.

Attachment to Civil Case Cover Sheet
Autodesk, Inc. v. Taney Engineering, Inc. and Taney Cunningham Equipment, LLC

1c.    **ATTORNEYS**

Lawrence K. Rockwell, #72410
Eric W. Doney, #76260
Julie E. Hofer, #152185

VII.    **REQUESTED IN COMPLAINT**

Actual or Statutory Damages
Preliminary Injunction
Permanent Injunction
Order to Destroy Infringing Copies
Attorney's Fees and Costs



LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone:    (510) 451-0544
Facsimile:    (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC.,
a Delaware corporation,

　　　　　　Plaintiff,

　　　v.

TANEY ENGINEERING, INC.,
a Nevada corporation; and TANEY
CUNNINGHAM EQUIPMENT, LLC, a
Nevada limited liability company,

　　　　　　Defendants.

CASE NO. **C08-03132**

**COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF**

///

///

///

///

///

///

///

///

///

///

1    Plaintiff Autodesk, Inc. ("Autodesk"), for its complaint against defendant Taney

2   Engineering, Inc. ("Taney") and defendant Taney Cunningham Equipment, LLC ("TCE"), states

3   and alleges as follows:

### JURISDICTION AND VENUE

#### Parties

6    1.    Autodesk is a Delaware corporation with its principal place of business in San

7   Rafael, California.

8    2.    On information and belief, Autodesk alleges that Taney and TCE (collectively,

9   "Defendants") are a Nevada corporation and a Nevada limited liability company, respectively,

10   with their principal places of business in Henderson, Nevada.

#### Jurisdiction

12    3.    This case is a civil action arising under the copyright laws of the United States, 17

13   U.S.C. §§ 101, *et seq.* This Court has subject matter jurisdiction over the claim relating to

14   copyright infringement pursuant to 17 U.S.C. § 501, 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

15    4.    Autodesk is informed and believes and thereon alleges that Defendants knew, or

16   reasonably should have known, that Autodesk is located in California, and that Defendants

17   directed and aimed their unauthorized activity at Autodesk located in this Northern District of

18   California.  Autodesk is informed and believes and thereon alleges that Defendants knew, or

19   reasonably should have known, that Autodesk would likely suffer the brunt of the harm caused by

20   Defendants in California at Autodesk's principal place of business in the Northern District of

21   California. The acts of Defendants complained of herein caused Autodesk to bear the brunt of the

22   harm in California at its principal place of business in San Rafael, California within this District.

#### Venue

24    5.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a).

#### Intradistrict Assignment

26    6.    Because this matter is an Intellectual Property Action, there is no basis for

27   assignment to a particular location or division of the Court pursuant to Civil L.R. 3-2(c).

28

-1-

1

## GENERAL ALLEGATIONS

2

### The Business of Autodesk

3       7.     Autodesk is in the business of developing and marketing computer software

4 programs recorded on various media, including among others optical disks, for use on personal

5 computers. Autodesk packages and distributes its software together with associated user

6 instruction or reference manuals, end-user license agreements and other documentation.

7       8.     Autodesk has made and continues to make a substantial investment of time, effort,

8 and expense in the design, development, testing, publishing, and marketing of its software

9 products.

10       9.     Nine (9) of Autodesk's software products are: AutoCAD LT® 2004 software;

11 AutoCAD LT® 2005 software; AutoCAD LT® 2006 software; AutoCAD LT® 2007 software;

12 Autodesk® Civil Design 2004 software; Autodesk® Civil Design 2005 software; Autodesk® Land

13 Desktop 2004 software; Autodesk® Land Desktop 2005 software; and Autodesk® Civil 3D® 2007

14 software. These products are referred to collectively hereinafter as the "Autodesk Products."

15       10.    The Autodesk Products, their reference manuals and the other documentation

16 packaged and distributed with the Autodesk Products contain a large amount of material wholly

17 original with Autodesk and are copyrightable subject matter under the laws of the United States.

18       11.    At all times herein relevant, Autodesk complied in all respects with the U.S.

19 Copyright Act, 17 U.S.C. §§ 101, *et seq.*, (the "Copyright Act") and secured the exclusive rights

20 and privileges in the copyrights in the Autodesk Products and their reference manuals. Each of

21 the aforementioned works is an original work, copyrightable under the Copyright Act, and has

22 been timely registered in full compliance with the Copyright Act. Autodesk has received

23 Certificates of Registration from the Register of Copyrights for the Autodesk Products and their

24 reference manuals, copies of which are attached hereto as Exhibits A through I.

25       12.    Since the dates of their respective registrations, the Autodesk Products and their

26 reference manuals, as well as other documentation referred to above, have been published by

27 Autodesk or under its authority. All copies of said works made by Autodesk or under its

28 authority have been published in strict conformity with the provisions of the Copyright Act,

1  including without limitation 17 U.S.C. §§ 401-412. Autodesk has thereby fully maintained the

2  validity of the copyrights in these works.

3       13.    Since the creation of the Autodesk Products, their reference manuals and other

4  accompanying documentation, Autodesk has been and still is the sole proprietor of all rights, title

5  and interest in the copyrights in the Autodesk Products and the accompanying documentation,

6  including the reference manuals, and the Certificates of Registration corresponding therewith.

7       14.    Other than limited reproduction rights afforded by valid license agreements

8  between the parties, if any, Autodesk has not authorized Defendants to copy, reproduce, distribute

9  or prepare derivative works based upon the Autodesk Products, the reference manuals and/or

10  other accompanying documentation.

11  **The Business of Defendants**

12       15.    Autodesk is informed and believes and thereon alleges that: (a) Taney is in the

13  business of providing engineering services, for which purpose it uses and has used certain of the

14  Autodesk Products; (b) TCE is in the business of leasing to Taney the computers that Taney uses

15  in its business; (c) Defendants share facilities and have common management; (d) to conduct their

16  businesses and to use certain of the Autodesk Products, Defendants have engaged in the

17  unauthorized reproduction of those Autodesk Products; and (e) Defendants have willfully and

18  intentionally engaged in the conduct complained of herein.

19  **FIRST CLAIM FOR RELIEF**

20  **(Copyright Infringement Against All Defendants)**

21       16.    Autodesk re-alleges and incorporates herein by this reference each of the

22  allegations contained in Paragraphs 1 through 15 as though fully set forth.

23       17.    Defendants' acts constitute infringement of Autodesk's copyrights in certain of the

24  Autodesk Products in violation of the Copyright Act.

25       18.    Autodesk is informed and believes and thereon alleges that Defendants'

26  unauthorized reproduction of certain of the Autodesk Products was deliberate, willful, malicious,

27  oppressive and without regard to Autodesk's proprietary rights.

28       19.    Defendants' copyright infringement has caused, and will continue to cause,

-3-

1  Autodesk to suffer substantial injuries, loss and damage to its proprietary and exclusive rights to,
2  and copyrights in, the Autodesk Products and, further, has damaged Autodesk's business
3  reputation and goodwill, diverted its trade and caused a loss of profits, all in an amount not yet
4  ascertained.

5      20.    Defendants' copyright infringement, and the threat of continuing infringement by
6  Defendants, have caused, and will continue to cause, Autodesk to suffer repeated and irreparable
7  injury.  It would be difficult to ascertain the amount of money damages that would afford
8  Autodesk adequate relief at law for Defendants' continuing acts, and a multiplicity of judicial
9  proceedings would be required.  Autodesk's remedy at law is not adequate to compensate it for
10  the injuries already inflicted and further threatened by Defendants.  Therefore, Defendants should
11  be restrained and enjoined pursuant to the Copyright Act.

12                                   **PRAYER FOR RELIEF**

13      WHEREFORE, Autodesk prays as follows:

14      1.    That, upon motion, the Court issue a preliminary injunction enjoining and
15  restraining Defendants and their respective agents, servants, employees, successors and assigns,
16  and all other persons acting in concert or conspiracy with Defendants or affiliated with
17  Defendants, from:

18          (a)    Copying, reproducing, distributing or using any unauthorized copies of the
19  Autodesk Products;

20          (b)    Otherwise infringing any of Autodesk's copyrights; and

21          (c)    Destroying any copies of software products, materials or documents,
22  including without limitation electronic files or business records, that relate or pertain to the
23  copying, reproduction, distribution and/or use of Autodesk's software products and/or the
24  infringement of Autodesk's copyrights.

25      2.    That the Court issue a permanent injunction making permanent the orders
26  requested in paragraphs 1(a) and (b) of this Prayer for Relief;

27      3.    That Autodesk be awarded for Defendants' copyright infringement either:
28  (a) actual damages in an amount to be determined at trial, together with the profits derived from

-4-

1    Defendants' unlawful infringement of Autodesk's copyrighted Autodesk Products; or (b) statutory

2    damages for each act of infringement in an amount provided by law, as set forth in 17 U.S.C. §

3    504, at Autodesk's election before the entry of a final judgment;

4        4.      That the Court issue an order requiring Defendants to file with this Court and serve

5    on Autodesk within thirty (30) days after service of an injunction a report, in writing, under oath,

6    setting forth in detail the manner and form in which Defendants have complied with the

7    injunction;

8        5.      That the Court issue an order upon judgment requiring Defendants to destroy all

9    infringing copies of the Autodesk Products;

10       6.      That the Court award Autodesk its attorney's fees pursuant to 17 U.S.C. § 505;

11       7.      That the Court award Autodesk its costs of suit incurred herein; and

12       8.      That the Court grant such other and further relief as it deems just and proper.

13   Dated: June 30, 2008                    DONAHUE GALLAGHER WOODS LLP

14

15                                           By: _____

16                                               Julie E. Hofer
                                                 Attorneys for Plaintiff
17                                               AUTODESK, INC.

18

19

20

21

22

23

24

25

26

27

28

-5-

# EXHIBIT A



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-673-280**

**EFFECTIVE DATE OF REGISTRATION**

Jun 9 2003
Month Day Year

---

**DO NOT WRITE ABOVE** **A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
AutoCAD LT 2004 and User's Guide

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give:    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**
Autodesk, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [X] No
Pseudonymous? [ ] Yes [X] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised software code and User's Guide.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ March    Day ▶ 17    Year ▶ 2003
United States of America    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Autodesk, Inc.
111 McInnis Parkway
San Rafael, CA 94903

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
JUN 9 - 2003

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUN 9 - 2003

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions    • Sign the form at line 10

**DO NOT WRITE HERE**
Page 1 of 2 pages

EXHIBIT A

| EXAMINED BY  ℋℒ𝓜 | FORM TX |
|---|---|
| CHECKED BY | |
| □ CORRESPONDENCE  □ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  □ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)  ▼

a. □ This is the first published edition of a work previously registered in unpublished form.

b. □ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

TX 5-390-384                         2001

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates.  ▼

AutoCAD LT 2002 and User's Guide.

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.  ▼

New and revised software code and User's Guide.

**6**

See instructions before completing this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3)  both.

a □ Copies and Phonorecords          b □ Copies Only          c □ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

Donahue Gallagher Woods LLP         DA081221

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP  ▼

Jonathan N. Osder, Esq.

DONAHUE GALLAGHER WOODS LLP

591 Redwood Highway, Suite 1200, Mill Valley, CA  94941

Area Code and Telephone Number ▶ **(415) 381-4161**

**9**

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

□ author

□ other copyright claimant

□ owner of exclusive right(s)

☒ authorized agent of  Autodesk, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jonathan N. Osder                                    Date ▶ 3 June 2003

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

Name ▼

Jonathan N. Osder, Esq.    DONAHUE GALLAGHER WOODS LLP

Number/Street/Apt ▼

591 Redwood Highway, Suite 1200

City/State/ZIP ▼

Mill Valley, CA  94941

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1995—300,000                                    ⚙ U.S. COPYRIGHT OFFICE WWW FORM 1995

EXHIBIT  A

# EXHIBIT B

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 5-968-384

EFFECTIVE DATE OF REGISTRATION

MAY 25, 2004
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**

AutoCAD LT 2005 and User's Guide

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

**NAME OF AUTHOR ▼**

Autodesk Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised software code and User's Guide

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004    ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ March    Day ▶ 29    Year ▶ 2004
Nation ▶ United States of America    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Autodesk Inc
111 McInnis Parkway
San Rafael CA 94903

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAY 25 2004

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 25 2004

FUNDS RECEIVED

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-11) on the reverse side of this page
See detailed instructions.    Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT B

EXAMINED BY _____    **FORM TX**

CHECKED BY _____

☐ CORRESPONDENCE
   ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes, give: **Previous Registration Number** ▼     **Year of Registration** ▼

TX 5-673-280                                    2003

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

AutoCAD LT 2004 and User's Guide, miscellaneous preexisting code

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised software code and User's Guide

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name** ▼                                    **Account Number** ▼

Donahue Gallagher Woods LLP              DA081221

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

Jonathan N. Oeder, Esq.
DONAHUE GALLAGHER WOODS LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA 94941

Area Code and Telephone Number ▶ (415) 381-4161

Be sure to
give your
daytime phone
◀ number

**9**

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive rights(s)
☒ authorized agent of Autodesk, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jonathan N. Oeder                          Date ▶ 24 MAY 2004

Handwritten signature (X) ▼

**10**

**MAIL CERTIFI-CATE TO**

**Name** ▼
Jonathan N. Oeder, Esq.    DONAHUE GALLAGHER WOODS LLP

**Number/Street/Apt** ▼
591 Redwood Highway, Suite 1200

**City/State/ZIP** ▼
Mill Valley, CA 94941

Certificate will be mailed in window envelope

Complete all necessary spaces
Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $30 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1999—300,000

☆U.S. COPYRIGHT OFFICE WWW FORM 1999

EXHIBIT B

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work

TX 6-192-374

**EFFECTIVE DATE OF REGISTRATION**

6 Month 29 Day 05 Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
AutoCAD LT 2006 and User's Guide

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**
Autodesk, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸ _____
Domiciled in ▸ **USA**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised software code and User's Guide

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸ _____
Domiciled in ▸ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸ _____
Domiciled in ▸ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◄ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information    Month ▸ **March**    Day ▸ 22    Year ▸ 2005
ONLY if this work has been published.
**United States of America** ◄ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Autodesk Inc
111 McInnis Parkway
San Rafael, CA 94903

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED** JUN 2 9 2005
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED** JUN 2 9 2005
**FUNDS RECEIVED**

*DO NOT WRITE HERE OFFICE USE ONLY*

See instructions before completing this space.

---

**MORE ON BACK ▸**    Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
See detailed instructions.    Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT C

<table>
<tr><td>EXAMINED BY</td><td></td><td rowspan="3">FORM TX</td></tr>
<tr><td>CHECKED BY</td><td></td></tr>
<tr><td>☐ CORRESPONDENCE<br>☐ Yes</td><td>FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY</td></tr>
</table>

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box) ☐

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☒ This is a changed version of the work as shown by space 6 on this application

If your answer is "Yes" give **Previous Registration Number** ☐          **Year of Registration** ☐
TX 5-968-394                                                                                 2004

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ☐
AutoCAD LT 2005 and User's Guide, miscellaneous licensed software

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ☒
New and revised software code and User's Guide

**6**

See instructions
before completing
this space

---space deleted---

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols)  or (2) phonorecords embodying a fixation of a reading of that work  or (3) both

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See Instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
**Name** ☐                                                              **Account Number** ☐
Donahue Gallagher Woods LLP                                      DA061221

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ☐
Jonathan N. Osder, Esq.
**DONAHUE GALLAGHER WOODS LLP**
591 Redwood Highway, Suite 1200, Mill Valley, CA 94941
                          Area Code and Telephone Number ☐ **(415) 381-4161**

Be sure to
give your
daytime phone
☐ number

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Autodesk, Inc.**
Name of author or other copyright claimant or owner of exclusive right(s) ☐

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**10**

Typed or printed name and date ☐ If this application gives a date of publication in space 3 do not sign and submit it before that date
Jonathan N. Osder                                                          **Date** ☐ June 28, 2005

Handwritten signature (X) ☐

**MAIL
CERTIFI-
CATE TO**

**Name** ☐
Jonathan N. Osder, Esq.      DONAHUE GALLAGHER WOODS LLP

Certificate
will be
mailed in
window
envelope

**Number/Street/Apt** ☐
591 Redwood Highway, Suite 1200

**City/State/ZIP** ☐
Mill Valley, CA  94941

Complete all necessary spaces
Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable $30 filing fee
  in check or money order
  payable to Register of Copyrights
3 Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington  D C  20559-6000

**11**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application  shall be fined not more than $2 500

May 1995—300 000                                                              U S COPYRIGHT OFFICE WWW FORM 1995

EXHIBIT C

# EXHIBIT D



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-363-177

Month **JUN** Day **13** Year **06**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

AutoCAD LT 2007 and User's Guide

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

| If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|

## 2

**a**

**NAME OF AUTHOR ▼**
Autodesk, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
■ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ■ No
Pseudonymous?  ☐ Yes ■ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised software code and User's Guide.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given 2006 ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.    Month ▶ **March**   Day ▶ **29**   Year ▶ **2006**
United States of America ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Autodesk, Inc.
111 McInnis Parkway
San Rafael, CA 94903

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUN 13 2006
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
JUN 13 2006
**FUNDS RECEIVED**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.    DO NOT WRITE HERE
• See detailed instructions.    • Sign the form at line 10.    Page 1 of **2** pages

EXHIBIT D

EXAMINED BY
CHECKED BY
☐ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼
TX 6-182-374                                                    2005

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
AutoCAD LT 2006 and User's Guide; miscellaneous licensed software.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New and revised software code and User's Guide.

**6**

See instructions
before completing
this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼
Donahue Gallagher Woods LLP                DA061221

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Jonathan N. Oeder, Esq.
DONAHUE GALLAGHER WOODS LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA  94941
                              Area Code and Telephone Number ▶ (415) 381-4161

**9**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                    ☐ author
                    Check only one ▶  ☐ other copyright claimant
                                    ☐ owner of exclusive right(s)
                                    ☒ authorized agent of  Autodesk, Inc.
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan N. Oeder                                          Date ▶ June 12, 2006

          Handwritten signature (X) ▼


**10**

**MAIL CERTIFICATE TO**
Name ▼
Jonathan N. Oeder, Esq.      DONAHUE GALLAGHER WOODS LLP

Number/Street/Apt ▼
591 Redwood Highway, Suite 1200

City/State/ZIP ▼
Mill Valley, CA  94941

Certificate will be mailed in window envelope

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1999—300,000

✭U.S. COPYRIGHT OFFICE WWW FORM 1999

EXHIBIT D

# EXHIBIT E

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
RI

**TX 5-758-749**

EFFECTIVE DATE OF REGISTRATION

**JUN 09 2003**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
Autodesk Civil Design 2004 and User's Guide

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼
Autodesk, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   [ ] Yes [X] No
Pseudonymous?   [ ] Yes [X] No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
New and revised software code and User's Guide.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   [ ] Yes [ ] No
Pseudonymous?   [ ] Yes [ ] No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   [ ] Yes [ ] No
Pseudonymous?   [ ] Yes [ ] No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2003 ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ April   Day ▶ 24   Year ▶ 2003
United States of America ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Autodesk, Inc.
111 McInnis Parkway
San Rafael, CA 94903

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
**JUN 09 2003**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**JUN 09 2003**
FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

**EXHIBIT E**

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ TX 5-433-081    **Year of Registration** ▼ 2001

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼
Autodesk Civil Design Release 3 and User's Guides; miscellaneous software licensed by third parties.

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New and revised software code and User's Guide.

**6**

See instructions before completing this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non exclusive grant of permission to the Library of Congress to reproduce and distri  bute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the w  ork identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3)  both.

a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Ac  count.
**Name** ▼ Donahue Gallagher Woods LLP     **Account Number** ▼ DAO81221

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Jonathan N. Osder, Esq.
DONAHUE GALLAGHER WOODS LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA  94941
Area Code and Telephone Number ▶ (415) 381-4161

**9**

Be sure to give your daytime phone number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Autodesk, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan N. Osder     Date ▶ 4 June 03

Handwritten signature (X) ▼

**10**

**MAIL CERTIFI- CATE TO**

**Name** ▼ Jonathan N. Osder, Esq.    DONAHUE GALLAGHER WOODS LLP

Certificate will be mailed in window envelope

**Number/Street/Apt** ▼ 591 Redwood Highway, Suite 1200

**City/State/ZIP** ▼ Mill Valley, CA  94941

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright  registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1995—300,000

☞U.S. COPYRIGHT OFFICE WWW FORM: 1995

## EXHIBIT E

# EXHIBIT F

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
RE **TX 6-035-568**

EFFECTIVE DATE OF REGISTRATION

Sep. 22 2004

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Autodesk Civil Design 2005

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a**
**NAME OF AUTHOR ▼**
Autodesk, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No    If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous?    ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised software code

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.    Month ▶ April    Day ▶ 29    Year ▶ 2004
United States of America    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Autodesk, Inc
111 McInnis Parkway
San Rafael CA  94903

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space.

APPLICATION RECEIVED
SEP 22 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 22 2004
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
See detailed instructions.    Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ____ pages



EXHIBIT F

EXAMINED BY ___HLM___                    FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?

■ Yes  ☐ No  If your answer is "Yes " why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ■ This is a changed version of the work  as shown by space 6 on this application

If your answer is "Yes " give Previous Registration Number ▼        Year of Registration ▼
TX 5-758-749                                                          2003

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete  only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Autodesk Civil Design 2004 and User's Guide, miscellaneous licensed software

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
New and revised software code

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non  exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office  (1) copies of the work identified in space 1 of this application and (2) phonorecords embodying a fixation of a reading of that work, or (3) both

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                                    Account Number ▼
Donahue Gallagher Woods LLP                              DA061221

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

Jonathan N  Osder, Esq
DONAHUE GALLAGHER WOODS LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA  94941
                            Area Code and Telephone Number ▶ (415) 381-4161

**9**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
■ authorized agent of  Autodesk  Inc
                          Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Jonathan N  Osder                                          Date ▶ September 21, 2004

            Handwritten signature (X) ▼

**10**

MAIL
CERTIFI-
CATE TO

Name ▼
Jonathan N  Osder, Esq        DONAHUE GALLAGHER WOODS LLP

Number/Street/Apt ▼
591 Redwood Highway, Suite 1200

Certificate
will be
mailed in
window
envelope

City/State/ZIP ▼
Mill Valley, CA  94941

• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable $30 filing fee
  in check or money order
  payable to Register of Copyrights
3 Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington  D C  20559-6000

**11**

17 U S C  § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

May 1999—300 000                                                            ⊛U S  COPYRIGHT OFFICE WWW FORM 1999

EXHIBIT F

# EXHIBIT G



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
RE

**TX 5-760-135**

EFFECTIVE DATE OF REGISTRATION

6     9     03
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Autodesk Land Desktop 2004 and User's Guide

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a    NAME OF AUTHOR ▼**
Autodesk, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.    ▼
New and revised software code and User's Guide.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b    NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**c    NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.    ▼

**3**

**a    YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003    Year

**b    DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ April    Day ▶ 24    Year ▶ 2003
United States of America    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Autodesk, Inc.
111 McInnis Parkway
San Rafael, CA 94903

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 0 9 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 0 9 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

**EXHIBIT G**

<table>
<tr><td>EXAMINED BY</td><td></td><td>FORM TX</td></tr>
</table>

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)  ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼
TX 5-385-302                                                          2001

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
Autodesk Land Desktop Release 3 and User's Guide; miscellaneous software licensed by third parties.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New and revised software code and User's Guide.

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 8 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distri bute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the w ork identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3)  both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Ac count.
Name ▼                                                    Account Number ▼
Donahue Gallagher Woods LLP                              DAO81221

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP  ▼
Jonathan N. Osder, Esq.
DONAHUE GALLAGHER WOODS LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA  94941
                Area Code and Telephone Number ▶ (415) 381-4161

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Autodesk, Inc.
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan N. Osder                                          Date ▶ 4 June 03

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
Jonathan N. Osder, Esq.      DONAHUE GALLAGHER WOODS LLP

Number/Street/Apt ▼
591 Redwood Highway, Suite 1200

City/State/ZIP ▼
Mill Valley, CA  94941

**Certificate
will be
mailed in
window
envelope**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright  registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1995—300,000                                                                ☼U.S. COPYRIGHT OFFICE WWW FORM: 1995

EXHIBIT G

# EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
RE    **TX 6-036-427**

EFFECTIVE DATE OF REGISTRATION

SEP 22 04

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Autodesk Land Desktop 2005

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**  **NAME OF AUTHOR ▼**
Autodesk, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ 
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised software code.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ 
Domiciled in ▶ 

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ 
Domiciled in ▶ 

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ April    Day ▶ 29    Year ▶ 2004
United States of America    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Autodesk, Inc
111 McInnis Parkway
San Rafael, CA 94903

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
SEP 22 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 22 2004
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions    • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of ____ Pages



EXHIBIT H

<table>
<tr><td>EXAMINED BY</td><td></td><td rowspan="3">FORM TX</td></tr>
<tr><td>CHECKED BY</td><td></td></tr>
<tr><td>☐ CORRESPONDENCE<br>☐ Yes</td><td>FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY</td></tr>
</table>

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number ▼**   **Year of Registration ▼**

TX 5-780-135                                    2003

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Autodesk Land Desktop 2004 and User's Guide, miscellaneous licensed software

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised software code

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work, or (3) both

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                    Account Number ▼

Donahue Gallagher Woods LLP                    DA081221

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Jonathan N. Osder, Esq.
DONAHUE GALLAGHER WOODS LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA 94941

Area Code and Telephone Number ▶ (415) 381-4161

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Autodesk, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Jonathan N Osder                                    Date ▶ September 21, 2004

Handwritten signature (X) ▼

**10**

<table>
<tr><td rowspan="4">MAIL<br>CERTIFI-<br>CATE TO</td><td>Name ▼</td><td rowspan="4">• Complete all necessary spaces<br>• Sign your application in space 10<br><br>1. Application form<br>2. Nonrefundable $30 filing fee<br>in check or money order<br>payable to Register of Copyrights<br>3. Deposit material<br><br>Register of Copyrights<br>Library of Congress<br>Washington, DC 20559-6000</td></tr>
<tr><td>Jonathan N Osder, Esq.    DONAHUE GALLAGHER WOODS LLP</td></tr>
<tr><td>Number/Street/Apt ▼<br>591 Redwood Highway, Suite 1200</td></tr>
<tr><td>City/State/ZIP ▼<br>Mill Valley, CA 94941</td></tr>
</table>

Certificate
will be
mailed in
window
envelope

**11**

\*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

May 1999—300,000

**EXHIBIT H**

★U S COPYRIGHT OFFICE WWW FORM 1999

# EXHIBIT I



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES

TX 6-380-596

EFFECTIVE DATE OF REGISTRATION

6/29/06

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Autodesk Civil 3D 2007

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**a**

**NAME OF AUTHOR ▼**
Autodesk, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised software code.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2006  ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ April     Day ▶ 21     Year ▶ 2006
United States of America     ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Autodesk, Inc.
111 McInnis Parkway
San Rafael, CA 94903

APPLICATION RECEIVED
JUN 2 9 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 2 9 2006
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions.     • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages


EXHIBIT I

EXAMINED BY _____    FORM TX

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼
TX 6-182-639                                                           2005

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Autodesk Civil 3D 2006 and miscellaneous licensed software.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New and revised software code.

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one
of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼
Donahue Gallagher Woods LLP                                DA081221

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Jonathan N. Oeder, Esq.
DONAHUE GALLAGHER WOODS LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA 94941
                                        Area Code and Telephone Number ▶ (415) 381-4161

Be sure to
give your
daytime phone
number

**CERTIFICATION** I, the undersigned, hereby certify that I am the
                                        Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Autodesk, Inc.
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan N. Oeder                                          Date ▶ June 28, 2006

          Handwritten signature (X) ▼

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Jonathan N. Oeder, Esq.    DONAHUE GALLAGHER WOODS LLP

Number/Street/Apt ▼
591 Redwood Highway, Suite 1200

City/State/ZIP ▼
Mill Valley, CA 94941

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

May 1995—300,000                                                                              ☆U.S. COPYRIGHT OFFICE WWW FORM: 1995

EXHIBIT I