LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone: (510) 451-0544
Facsimile: (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

FILED
JUN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AUTODESK, INC., a Delaware corporation,

Plaintiff,

v.

TANEY ENGINEERING, INC., a Nevada corporation; and TANEY CUNNINGHAM EQUIPMENT, LLC, a Nevada limited liability company,

Defendants.

CASE NO. C08-03132 BZ

ADR

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

///

///

///

///

///

///

///

///

///

///

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: The BSA Business Software Alliance, Inc. (the "BSA") is a not-for-profit trade association located in Washington, D.C., organized pursuant to Section 501(c)(6) of the Internal Revenue Code to, among other things, represent participants in the BSA anti-piracy program in redressing third parties' infringement of the respective copyrights of said participants. Plaintiff Autodesk, Inc. has authorized the BSA to assist it in this litigation.

Dated: June 30, 2008

DONAHUE GALLAGHER WOODS LLP

By: Julie E. Hofer

Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.