LAWRENCE K. ROCKWELL, #72410
ERIC W. DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone: (510) 451-0544
Facsimile: (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TANEY ENGINEERING, INC., a Nevada corporation; and TANEY CUNNINGHAM EQUIPMENT, LLC, a Nevada limited liability company,<br><br>Defendants. | CASE NO. C08-03132 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DONAHUE GALLAGHER WOODS LLP

Dated: July 3, 2008         By: _____
                                Julie E. Hofer
                                Attorney for Plaintiff
                                AUTODESK, INC.