**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking

Clerk

General Court Number

415.522.2000

## July 10, 2008

**CASE NUMBER:  CV 08-03132 BZ**

**CASE TITLE:  AUTODESK, INC.-v-TANEY ENGINEERING, INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable JEREMY FOGEL**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF**  immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/10/08


FOR THE EXECUTIVE COMMITTEE:

_____

Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects

Log Book Noted                          Entered in Computer 7/10/08AS


CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                Transferor CSA