Clerk's Use Only

Initial for fee pd.:

Robert J. Scott
Scott & Scott, LLP
2200 Ross Ave., Suite 5000
Dallas, Texas 75201
214-999-0080

FILED
08 JUL 30 PM 4:09
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Autodesk, Inc.

          Plaintiff(s),

v.

Taney Engineering, Inc., et al.

          Defendant(s).

CASE NO. 5:08-cv-03132 JF

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Robert J. Scott, an active member in good standing of the bar of Supreme Court of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants Taney Eng., et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Matthew D. Murphey, Gordon & Rees, LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111 (415) 986-5900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/29/08

Robert J. Scott

**CORRECTED**

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021872
Cashier ID: bucklem
Transaction Date: 07/30/2008
Payer Name: scott and scott

PRO HAC VICE
 For: robert j scott
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $210.00

CHECK
 Check/Money Order Num: 1944
 Amt Tendered:  $210.00

Total Due:       $210.00
Total Tendered: $210.00
Change Amt:      $0.00

c08-3132jf

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.