UNITED STATES DISTRICT COURT

Northern District of California

Autodesk, Inc.

CASE NO. **5:08-cv-03132**

Plaintiff(s),

v.

Taney Engineering, Inc., et al.

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Defendant(s).

Robert J. Scott ▪ , an active member in good standing of the bar of

Supreme Court of Texas ▪ whose business address and telephone number

(particular court to which applicant is admitted)

is

Scott & Scott, LLP, 2200 Ross Ave., Suite 5000, Dallas, Texas 75201  214-999-0080

,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Defendants Taney Engineering, Inc. et al.  ▪ .

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:

_____

United States District    Judge