1  LAWRENCE K. ROCKWELL, #72410
    ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
    DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
    300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
    Telephone:  (510) 451-0544
5  Facsimile:   (510) 832-1486
    Email: julie@donahue.com
6
    Attorneys for Plaintiff
7

8                      UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT

10                            SAN JOSE DIVISION

11

12  AUTODESK, INC., a Delaware         CASE NO. C08-03132 JF
     corporation,
13                                      PROOF OF SERVICE OF PROCESS ON
               Plaintiff,               DEFENDANT TANEY CUNNINGHAM
14                                      EQUIPMENT, LLC
     v.
15
     TANEY ENGINEERING, INC.,
16   a Nevada corporation; and TANEY
     CUNNINGHAM EQUIPMENT, LLC, a
17   Nevada limited liability company,

18             Defendants.

19
20
21
22
23
24
25
26
27
28

## Proof of Service

I declare under penalty of perjury that I served the Summons; Complaint; Civil Cover Sheet; Certification of Interested Entities or Persons; Order Setting Initial Case Management Conference and ADR Deadlines; Copy of Judge Zimmerman's Standing Orders; Copy of Standing Orders, For All Judges, regarding the Joint Case Management Conference Statement; Welcome and Guidelines for the Northern District of California; Notice of Assignment of Case to a United Magistrate Judge, Consent Form and Declination Form; ECF Registration Information Handout; Brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California" on July 2, 2008 _____, by:

(1) personally delivering a copy of each to the individual at this place, _____ ;or

(2) leaving a copy at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive whose name is FERDINAND CARLOS, Accounting MgR ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ 75.00 for travel and $ -0- for services, for a total of $ 75.00 .

Date: 7/21/2008

_Dorothy Williams_
Server's Signature

DOROTHY WILLIAMS-JAMAL, SERVER
Printed Name and Title

ADVANCE Process Service
4535 W. SAHARA AVE #203
LAS VEGAS, NV 89102
Server's Address