1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:   (510) 451-0544
5  Facsimile:   (510) 832-1486
   Email: julie@donahue.com
6
   Attorneys for Plaintiff
7

8               UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT

10                   SAN JOSE DIVISION

11

12 | AUTODESK, INC., a Delaware          | CASE NO. C08-03132 JF
       corporation,
13                                       | PROOF OF SERVICE OF PROCESS ON
                   Plaintiff,            | DEFENDANT TANEY ENGINEERING, INC.
14
   v.
15
   TANEY ENGINEERING, INC.,
16 a Nevada corporation; and TANEY
   CUNNINGHAM EQUIPMENT, LLC, a
17 Nevada limited liability company,

18              Defendants.

## Proof of Service

I declare under penalty of perjury that I served the Summons; Complaint; Civil Cover Sheet; Certification of Interested Entities or Persons; Order Setting Initial Case Management Conference and ADR Deadlines; Copy of Judge Zimmerman's Standing Orders; Copy of Standing Orders, For All Judges, regarding the Joint Case Management Conference Statement; Welcome and Guidelines for the Northern District of California; Notice of Assignment of Case to a United Magistrate Judge, Consent Form and Declination Form; ECF Registration Information Handout; Brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California" on __July 2, 2008__, by:

(1) personally delivering a copy of each to the individual at this place, _____ ;or

(2) leaving a copy at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive whose name is __FERDINAND CARLOS, Accounting Manager__; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __75.00__ for travel and $ __0__ for services, for a total of $ __75.00__.

Date: __7/21/2008__

__Dorothy Williams C.__
Server's Signature

__DOROTHY WILLIAMS-JAMAL, SERVER__
Printed Name and Title

__ADVANCE PROCESS SERVICE__
__4535 W. SAHARA AVE #203__
Server's Address
__LAS VEGAS, NV 89102__