**E-filed 8/6/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

AUTODESK, INC.,

    Plaintiff,

    v.

TANEY ENGINEERING, INC.,

    Defendants.

_____

No. C-08-3132-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Judge Fogel has scheduled a Case Management Conference in this matter for Friday, October 24, 2008 at 10:30 AM. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 8/6/08

For the Court,
Richard W. Wieking, Clerk

Diana Munz
**electronic signature**
Courtroom Deputy