MATTHEW D. MURPHEY, SBN 194111
MMurphey@gordonrees.com
ARISTOTLE EVIA, SBN 211483
Aevia@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

ROBERT J. SCOTT, Texas Bar No. 24010385
(motion for admission pro hac vice pending)
rjscott@scottandscottllp.com
SCOTT & SCOTT, LLP
2200 Ross Avenue, Suite 5000
Dallas, Texas 75021
Telephone: (214) 999-0080
Facsimile: (214) 999-0333

Attorneys for Defendants
TANEY ENGINEERING, INC. and
TANEY CUNNINGHAM
EQUIPMENT, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC., <br><br> Plaintiff, <br><br> v. <br><br> TANEY ENGINEERING, INC. et al. <br><br> Defendants | CASE NO. 5:08-cv-03132 <br><br> DECLARATION OF EDWARD TANEY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE |

///

EDWARD TANEY, hereby declares the following as true under penalties of perjury of the laws of the United States:

1. I am president of Taney Engineering, Inc. ("Taney Engineering") I am also a member of Taney Cunningham Equipment, LLC ("TCE"). Unless otherwise indicated, the statements contained here are based upon my own personal knowledge.

2. Taney Engineering and TCE have been named as Defendants in the lawsuit styled *Autodesk, Inc. v. Taney Engineering, et al.*, No. 5:08-cv-03132, in the United States District Court for the Northern District of California.

3. Taney Engineering is a full service civil engineering and land survey services company. It employs over twenty engineers, surveyors, and other staff. Taney Engineering performs its services exclusively in the States of Nevada and Arizona.

4. TCE is a limited liability company that provides services to businesses exclusively in the States of Nevada and Arizona.

5. Taney Engineering is a Nevada corporation with its principal place of business in Las Vegas, Nevada.

6. TCE is a Nevada limited liability company with its principal place of business in Las Vegas, Nevada.

7. Taney Engineering and TCE are and always have been Nevada and Arizona business entities with their principal places of business in Nevada.

8. Neither Taney Engineering nor TCE has ever had an office, address, or telephone number in California.

9. Neither Taney Engineering nor TCE has ever owned or rented any property in California.

10. Neither Taney Engineering nor TCE has ever paid taxes in California.

11. Neither Taney Engineering nor TCE has ever held a bank account in California.

12. Neither Taney Engineering nor TCE nor their agents ever traveled to California in connection with any transaction involving Autodesk, Inc..

13. The allegations in the Complaint do not pertain to property or equipment located in California.

14. Prior to the commencement of these proceedings, I was not aware that Autodesk, Inc. was headquartered in San Rafeal, California or that Autodesk, Inc.'s primary place of business was within the Northern District of California.

15. It is my understanding that neither Taney Engineering nor TCE were aware that Autodesk, Inc. was headquartered in San Rafeal, California or that Autodesk, Inc.'s primary place of business was within the Northern District of California.

16. TCE did not purchase any software directly from Autodesk, Inc.

17. Taney Engineering did not purchase any software directly from Autodesk, Inc. Taney Engineering did purchase Autodesk products from The CAD Store located in Peoria, Arizona.

1  I declare under penalty of perjury that the foregoing is true and accurate to the best of my

2  knowledge, information and belief.
3
4  Executed at Las Vegas, Nevada
   August 6, 2008
5
6           _____
7           EDWARD TANEY