UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC.,

                Plaintiff,

TANEY ENGINEERING, INC. et al.

                Defendants

CASE NO. 5:08-cv-03132-JF

Hearing Date/Time:
October 10, 2008 9:00 a.m.

**ORDER**

On this day, the Court considered Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue. After considering the motion and supporting papers, the Court finds that the motion is meritorious and should be granted. It is therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Defendants Taney Engineering, Inc. and Taney Cunningham Equipment, LLC are hereby DISMISSED for lack of personal jurisdiction.

                                              Hon. Jeremy Fogel
                                              United States District Judge