UNITED STATES DISTRICT COURT

Northern District of California

Autodesk, Inc.

CASE NO. 5:08-cv-03132

Plaintiff(s),

v.

Taney Engineering, Inc., et al.

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Defendant(s).
_____/

Robert J. Scott , an active member in good standing of the bar of Supreme Court of Texas whose business address and telephone number (particular court to which applicant is admitted) is

Scott & Scott, LLP, 2200 Ross Ave., Suite 5000, Dallas, Texas 75201 214-999-0080

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Taney Engineering, Inc. et al. .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   8/8/08

_____
United States District Judge
Jeremy Fogel