**United States District Court**
For the Northern District of California

**\*E-FILED 8/12/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., | No. C08-03132 JF (HRL) |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| TANEY ENGINEERING, INC. and TANEY CUNNINGHAM EQUIPMENT, LLC, | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another Magistrate Judge for discovery purposes.

Dated: August 12, 2008

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-cv-3132 Notice will be electronically mailed to**:

Eric W. Doney eric@donahue.com

Julie E. Hofer julie@donahue.com, cgraber@donahue.com, meg@donahue.com

Lawrence Kevin Rockwell larry@donahue.com

Robert J Scott rjscott@scottandscottllp.com, llassiter@scottandscottllp.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.