```
 1  LAWRENCE K. ROCKWELL, #72410
    ERIC DONEY, #76260
 2  JULIE E. HOFER, #152185
    DONAHUE GALLAGHER WOODS LLP
 3  Attorneys at Law
    300 Lakeside Drive, Suite 1900
 4  Oakland, California  94612-3570
    Telephone:   (510) 451-0544
 5  Facsimile:   (510) 832-1486
    Email: julie@donahue.com
 6
    Attorneys for Plaintiff
 7
 8                  UNITED STATES DISTRICT COURT
 9                     NORTHERN DISTRICT
10                      SAN JOSE DIVISION
11
12  AUTODESK, INC., a Delaware        CASE NO.  C08-03132 JF
    corporation,
13                                    PROOF OF SERVICE – STANDING ORDER
                Plaintiff,            REGARDING CASE MANAGEMENT IN
14                                    CIVIL CASES AND CLERK'S NOTICE
    v.                                REGARDING INITIAL CASE
15                                    MANAGEMENT CONFERENCE
    TANEY ENGINEERING, INC.,
16  a Nevada corporation; and TANEY
    CUNNINGHAM EQUIPMENT, LLC, a
17  Nevada limited liability company,
18              Defendants.
19
20
21
22
23
24
25
26
27
28
```

## PROOF OF SERVICE

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 300 Lakeside Drive, Suite 1900, Oakland, California 94612-3570.

On August 12, 2008, I served copies of the document(s) entitled:

STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES [DOCKET NUMBER 9];

CLERK'S NOTICE REGARDING INITIAL CASE MANAGEMENT CONFERENCE [DOCKET NUMBER 14]

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

Matthew D. Murphey, Esq.
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, California 94111

Robert J. Scott, Esq.
Scott & Scott, LLP
2200 Ross Avenue, Suite 5000
Dallas, Texas 75201

[X] **BY U.S. MAIL.** I placed such envelope, addressed as above by first-class mail, postage prepaid, for collection and mailing at my business address following our ordinary business practices. I am readily familiar with our ordinary business course of collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business on the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service for delivery to the addressee.

[X] **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 12, 2008, at Oakland, California.

_____
Meg Atkins

*Name of Case:* Autodesk, Inc. v. Taney Engineering, Inc. et al.
*Name of Court and Case Number:* U.S. District Court, Northern District of California, Case No. C08-03132 JF