```
 1  LAWRENCE K. ROCKWELL, #72410
    ERIC DONEY, #76260
 2  JULIE E. HOFER, #152185                    **E-Filed 10/6/08**
    DONAHUE GALLAGHER WOODS LLP
 3  Attorneys at Law
    300 Lakeside Drive, Suite 1900
 4  Oakland, California 94612-3570
    Telephone:   (510) 451-0544
 5  Facsimile:   (510) 832-1486
    Email:       julie@donahue.com
 6
    Attorneys for Plaintiff
 7  AUTODESK, INC.

 8

 9                       UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12
```

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TANEY ENGINEERING, INC., a Nevada corporation; and TANEY CUNNINGHAM EQUIPMENT, LLC, a Nevada limited liability company,<br><br>    Defendants. | CASE NO. CV 08-03132 JF (PVT)<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Current CMC Date:  October 24, 2008<br>Requested Date:    December 12, 2008<br>Time:              10:30 a.m.<br>Dept.:             Courtroom 3, 5th Floor<br>Judge:             Hon. Jeremy Fogel |

## STIPULATION

Pursuant to Civil L.R. 6-2 and Civil L.R. 16-2(e), plaintiff Autodesk, Inc. ("Autodesk"), by and through its counsel Julie E. Hofer of Donahue Gallagher Woods LLP, and defendants Taney Engineering, Inc. and Taney Cunningham Equipment, LLC (collectively, "Defendants"), by and through their counsel Robert J. Scott, hereby stipulate, agree, and request that the Case Management Conference currently scheduled for October 24, 2008 be postponed until December 12, 2008 at 10:30 a.m., and that all related dates be adjusted accordingly.

The parties are engaged in settlement discussions that the parties expect to result in resolution of this action before December 12, 2008. In addition, Defendants have filed a Motion To Dismiss in this action, for which the Court has scheduled a hearing on November 14, 2008. Either settlement or the Court's granting of the aforementioned Motion would eliminate the need for the Case Management Conference, as well as any additional items on the Court's calendar.

This Stipulation is supported by the concurrently submitted Declaration of Julie E. Hofer.

IT IS SO STIPULATED.

Dated: September 25, 2008          DONAHUE GALLAGHER WOODS LLP

By: /S/ Julie Hofer
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: September 26th, 2008        SCOTT & SCOTT, LLP

By: _____
Robert J. Scott
Attorneys for Defendants
TANEY ENGINEERING, INC. and TANEY CUNNINGHAM EQUIPMENT, LLC

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/6/08                     _____
Hon. Jeremy Fogel
United States District Court Judge

-1-