1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:   (510) 451-0544
5  Facsimile:   (510) 832-1486
   Email:       julie@donahue.com
6
   Attorneys for Plaintiff
7  AUTODESK, INC.

**E-Filed 12/8/08**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AUTODESK, INC., a Delaware corporation,

   Plaintiff,

   v.

TANEY ENGINEERING, INC., a Nevada corporation; and TANEY CUNNINGHAM EQUIPMENT, LLC, a Nevada limited liability company,

   Defendants.

CASE NO. CV 08-03132 JF (PVT)

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

Current CMC Date:  December 12, 2008
Requested Date:    March 13, 2009
Time:              10:30 a.m.
Dept.:             Courtroom 3, 5th Floor
Judge:             Hon. Jeremy Fogel

**STIPULATION**

Pursuant to Civil L.R. 6-2 and Civil L.R. 16-2(e), plaintiff Autodesk, Inc. ("Autodesk"), by and through its counsel Julie E. Hofer of Donahue Gallagher Woods LLP, and defendants Taney Engineering, Inc. and Taney Cunningham Equipment, LLC (collectively, "Defendants"), by and through their counsel Robert J. Scott, hereby stipulate, agree, and request that the Case Management Conference currently scheduled for December 12, 2008 be postponed until March 13, 2009 and that all related deadlines be continued accordingly.

The parties are finalizing the settlement of this matter and have exchanged execution copies of the Settlement Agreement, which includes terms that require performance by the end of February, 2009, and such settlement would eliminate the need for the Case Management Conference, as well as any additional items on the Court's calendar.

This stipulation is supported by the Declaration of Julie E. Hofer submitted concurrently herewith.

IT IS SO STIPULATED.

Dated: December 5, 2008

DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: December 5, 2008

SCOTT & SCOTT, LLP

By: _____
Robert J. Scott
Attorneys for Defendants
TANEY ENGINEERING, INC. and TANEY CUNNINGHAM EQUIPMENT, LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/8/08

_____
Hon. Jeremy Fogel
United States District Court Judge

-1-