1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:   (510) 451-0544
5  Facsimile:   (510) 832-1486
   Email:       julie@donahue.com
6
   Attorneys for Plaintiff
7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12 | AUTODESK, INC., a Delaware          CASE NO. CV 08-03132 JF (PVT)
     corporation,
13                                       **STIPULATION OF DISMISSAL;
                 Plaintiff,              [PROPOSED] ORDER**
14
   v.
15
   TANEY ENGINEERING, INC.,
16 a Nevada corporation; and TANEY
   CUNNINGHAM EQUIPMENT, LLC, a
17 Nevada limited liability company,

18               Defendants.

## STIPULATION

Plaintiff, Autodesk, Inc. ("Autodesk"), by and through its counsel of record, and defendants, Taney Engineering, Inc. and Taney Cunningham Equipment, LLC (collectively, "Defendants"), by and through Defendants' undersigned officers and principals and Defendants' counsel of record, hereby stipulate to the following:

The parties hereto have settled this matter with certain obligations to be performed by the parties pursuant to the settlement. The parties agree that this action may hereby be dismissed with prejudice.

Dated: February 26, 2009

DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: DECEMBER 12, 2008

TANEY ENGINEERING, INC.

By: _____
Name: EDWARD F. TANEY
Title: PRESIDENT

Dated: DECEMBER 12, 2008

TANEY CUNNINGHAM EQUIPMENT, LLC

By: _____
Name: EDWARD F. TANEY
Title: PRESIDENT

Dated: December 12, 2008

SCOTT & SCOTT, LLP

By: _____
Robert J. Scott
Attorneys for Defendants
TANEY ENGINEERING, INC. and TANEY CUNNINGHAM EQUIPMENT, LLC

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/3/09                           By: _____
                                             U.S. District Court Judge